**SHM LAW FIRM**
Hongchang Deng  (Cal. Bar No. 354529)
25F, China Resources Tower
2666 Keyuan South Road, Nanshan
Shenzhen, 518052, China
M: +8618681567690
Deng.hongchang@shm.law

*Attorneys for Petitioner Tianyu Chen*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: DMCA SECTION 512(h) SUBPOENA TO META PLATFORMS, INC. | MISC. ACTION NO.<br><br>**PETITIONER TIANYU CHEN'S REQUEST TO THE CLERK FOR ISSUANCE OF SUBPOENA TO IDENTIFY ALLEGED INFRINGERS PURSUANT TO 17 U.S.C. § 512(h)** |

## I. PARTIES

1. Petitioner Tianyu Chen is a natural person and the original creator of various humorous and imaginative short videos, including the copyrighted work at issue in this matter.

2. Petitioner originally published his video content on the Chinese Douyin platform under the account name "果子爱吃零食.", Petitioner has consistently created and shared video works on this platform, including the video at issue, features creative hand-painted performances combining humor, visual storytelling, and original

artistic elements.

3. Through undersigned counsel, Petitioner respectfully requests that the Clerk of this Court issue a subpoena to Meta Platforms, Inc. ("Meta"), pursuant to 17 U.S.C. § 512(h), for the purpose of identifying an alleged infringer operating under the account "ألعاب الاطفال المسلية kids toys" (Facebook id: 61554375429207), who has reposted Petitioner's copyrighted video without authorization.

## II. BACKGROUND AND VENUE

4. The subpoena is directed to Meta, a service provider that hosts user-generated content at the domain www.facebook.com. The infringing content was uploaded by the user identified as "ألعاب الاطفال المسلية kids toys" (Facebook UID: 61554375429207) and remains publicly available at: https://www.facebook.com/reel/1311035663527167.

5. The original copyrighted video, titled "Chocolate is so sweet," is available at the following Douyin URL: https://www.douyin.com/user/MS4wLjABAAAAwvKpuhW4Q-oMrgP4K53KVmPAvbQDLxvGjZxx8TMmJL89kVMTy5b4DCZkucOOlb17?from_tab_name=main&modal_id=7482361100923587849.

6. Venue is proper in this District pursuant to 28 U.S.C. § 1400(a) because this matter arises under the Copyright Act and the service provider (Meta Platforms, Inc. or its registered agent) resides or may be found in this District. On information and belief, Meta Platforms, Inc. conducts acts directed at the District and/or transacted, or does business, in the District.

## III. COMPLIANCE WITH 17 U.S.C. § 512(h)

PETITIONER TIANYU CHEN'S REQUEST TO THE CLERK FOR ISSUANCE OF SUBPOENA TO IDENTIFY ALLEGED INFRINGERS PURSUANT TO 17 U.S.C. § 512(H)
MISC. ACTION NO.

7.      Petitioner has complied with all requirements under 17 U.S.C. § 512(h), including:

- Submitting a takedown notice in accordance with 17 USC § 512(c)(3)(A), sent to Meta on May 21, 2025, requesting removal of the infringing content. A receipt of this notification is attached as Exhibit 1.

- Submitting a proposed subpoena with Attachment A, directed to Meta, requesting the identity of the alleged infringer (submitted concurrently).

- Submitting a sworn declaration from undersigned counsel, Hongchang DENG, confirming that the subpoena is sought solely to identify the alleged infringer for the purpose of enforcing Tianyu Chen's rights under the Copyright Act. The declaration is attached as Exhibit 2.

### IV. REQUEST FOR ISSUANCE OF SUBPOENA

8.      Because Petitioner has satisfied the statutory prerequisites under § 512(h), Petitioner respectfully requests that the Clerk expeditiously issue and sign the proposed subpoena and return it to undersigned counsel for service on Meta Platforms, Inc..

DATED:  June 06, 2025                           Respectfully submitted,

**SHM LAW FIRM**

By:    */s/ Hongchang Deng*
Hongchang Deng (Cal. Bar No. 354529)
Deng.hongchang@shm.law
SHM LAW FIRM
25F, China Resources Tower
2666 Keyuan South Road, Nanshan
Shenzhen, 518052, China
M: +8618681567690

*Attorneys for Petitioner Tianyu Chen*

---

PETITIONER TIANYU CHEN'S REQUEST TO THE CLERK FOR ISSUANCE OF SUBPOENA TO IDENTIFY
ALLEGED INFRINGERS PURSUANT TO 17 U.S.C. § 512(H)
MISC. ACTION NO.