# Exhibit 1

## Intellectual Property Report #2153610215046640

Sender:          **Facebook** <case++aazrn7yt667vcl@support.facebook.com>

Recipient:       myiptrustlaw <myiptrustlaw@gmail.com>

Time:            2025 May 21 (Wednesday) 12:26

The Facebook Team received a report from you. For reference, your complaint number is 2153610215046640.

Please note that the form you filled out is for reports of alleged infringements or violations of your legal rights, such as copyright

If you're not confident that your issue concerns intellectual property rights, please consult the Intellectual Property section of the
IP Help Center:
https://www.facebook.com/help/intellectual_property?ref=cr

Please note that we regularly provide the rights owner's name, your email address and the nature of your report to the person w

For help with matters other than infringement/violation of your legal rights, the links below may be helpful:
- Hacked accounts:
https://www.facebook.com/help/1216349518398524?ref=cr
- Fake/Impostor accounts (timelines):
https://www.facebook.com/help/174210519303259?ref=cr
- Abuse (including spam, hate speech and harassment):
https://www.facebook.com/help/263149623790594?ref=cr
- Pages (including admin issues):
https://www.facebook.com/help/pages?ref=cr
- Unauthorized photos or videos:
https://www.facebook.com/help/327689333983073?ref=cr
- Login issues:
https://www.facebook.com/help/login?ref=cr
- Help for users who have been disabled or blocked:
https://www.facebook.com/help/warnings?ref=cr

If the links above do not contain the information you're looking for, you may want to search the Help Center for more assistance
www.facebook.com/help?ref=cr

As a reminder, if your submission contains a report of alleged infringement/
violation of your legal rights, no further action is necessary. We will look into your matter shortly.

Thanks for contacting Facebook,

The Facebook Team
--------------------------
Describe your relationship to the rights owner. : I am reporting on behalf of my organization or client.
Your full name : Mingbo Ye
Mailing address : 12603 Southwest Fwy Suite 210, Stafford, Texas, 77477
Email address : myiptrustlaw@gmail.com
Confirm your email address : myiptrustlaw@gmail.com
Where are you asserting rights? : United States

Which of these best describes the copyrighted work? : Video

Name of the rights owner : Tianyu Chen

Please provide links (URLs) to the copyrighted work or describe it in the box below. : https://www.douyin.com/user/MS4wLjABAAAAwvKpuhW4Q-oMrgP4K53KVmPAvbQDLxvGjZxx8TMmJL89kVMTy5b4DCZkucOOlb17?from_tab_name=main&modal_id=7482361100923587849

What type of content are you reporting? : Photo, video or post

Please provide links (URLs) leading directly to the specific content you are reporting. : https://www.facebook.com/reel/1311035663527167

Describe why you are reporting this content. : This content copies my work

Electronic signature : mingboye